

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| IN RE: PROFESSIONAL FOOD SYSTEMS AND PILGRIM'S PRIDE CORPORATION, | § | No. 08-08-00200-CV |
| | § | AN ORIGINAL PROCEEDING |
| Relators. | § | IN MANDAMUS |
| | § | |
| | § | |

**O R D E R**

The Court has received Relators' agreed motion to reinstate the appeal following the lifting of a bankruptcy stay. The motion is GRANTED. It is therefore ORDERED that the above styled and numbered cause is hereby REINSTATED.

IT IS SO ORDERED this 10th day of November, 2021.


PER CURIAM


Before Rodriguez, C.J., Palafox and Alley, JJ.